

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of North Carolina*

*150 Fayetteville St.*  *Telephone (919) 856-4530*
*Suite 2100*  *Criminal FAX (919) 856-4487*
*Raleigh, North Carolina 27601*  *Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

DATE:      June 16, 2021

TO:        Clerk's Office
           United States District Court
           Eastern District of North Carolina
           Raleigh, North Carolina

REPLY TO:  NORMAN G. ACKER, III
           Acting United States Attorney

ATTN OF:   Barbara D. Kocher /BDK/
           Assistant United States Attorney

SUBJECT:   U.S. v. JOSEPH MAURINO a/k/a "Bishop"
           No. 7:20-CR-167-5M2, SOUTHERN DIVISION

    Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Second Superseding Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Second Superseding Indictment to this office and the U.S. Pretrial Services Office.

    Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

BDK/jk

cc: US Marshal Service
    US Probation Office