UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:20-CR-167-M-5

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH MAURINO | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, pursuant to the provisions of Local Rule 44.1 (b), that the undersigned attorney, having been appointed to represent the Defendant in the above-captioned case as counsel, hereby enters his appearance therein.

FURTHERMORE, by filing of this Notice of Appearance, the undersigned attorney certifies that a copy of said Notice has been delivered through CM/ECF to:

Barbara Kocher
U. S. Attorney's Office
150 Fayetteville St.
Suite 2100
Raleigh, NC 27601

Respectfully submitted this the 7th day of July 2021.

THE CHETSON FIRM, PLLC

/s/ Damon Chetson
Damon J. Chetson (Retained)
Counsel for the Defendant
NC Bar #39575
19 W. Hargett St., Suite 508
Raleigh, NC 27601
Office: (919) 352-9411

E-Mail: damon@chetson.com