AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH MAURINO
a/k/a Bishop

RECEIVED JUN 17 2021 U.S. Marshals Service, EDNC

**WARRANT FOR ARREST**

CRIMINAL CASE: 7:20-CR-00167-5M(2)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**JOSEPH MAURINO** and he/she shall be brought before the nearest Magistrate/Judge to answer an

____Indictment __X__ Superseding Indictment _____Criminal Information __Complaint

____Order of Court: ___ Violation Notice___Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 371: Conspiracy to Manufacture Firearms and Ship Interstate

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer / Deputy Clerk

Clerk of Court
Title of Issuing Officer

JUNE 16, 2021 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Wilmington, NC |

| DATE RECEIVED 06/17/2021 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 07/28/2021 | V. Bensen (ADUSM) | |

FILED
JUL 29 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK