# Exhibit 1



# AG&A | ANSELL GRIMM & AARON PC
## COUNSELORS AT LAW

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL ‡
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL=†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL•
RICK BRODSKY•
LAWRENCE H. SHAPIRO•□
ROBERT A. HONECKER, JR. □§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO~
JOSHUA S. BAUCHNER•
DAVID J. BYRNE□
ANDREA B. WHITE •·

EDWARD J. AHEARN
JASON S. KLEIN•
MELANIE J. SCROBLE
BARRY M. CAPP•∆
DOUGLAS A. DAVIE•
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN□
CRAIG D. GOTTILLA•□
KEVIN M.CLARK
KRISTINE M. BERGMAN□
JESSICA T. ZOLOTOROFE
TARA K. WALSH•
RAHOOL PATEL•
NICOLE D. MILLER□
ALFRED M. CASO
ANTHONY J. D'ARTIGLIO•
SETH M. ROSENSTEIN*
ASHLEY WHITNEY•

COUNSEL
HON. ANTHONY J. MELLACI, JR., J.S.C. (RET)
STACEY R. PATTERSON•
JAMES A. SYLVESTER
ROY W. HIBBERD ∇∆
HON. RAYMOND A. HAYSER, J.T.C. (RET)
KELLY M. CAREY

RETIRED
ROBERT I. ANSELL
LISA GOLDWASSER•

IN MEMORIAM
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)
DAVID K. ANSELL† (1962-2019)

LICENSED ALSO IN:
∆ D.C. = MASS. • N.Y. * WASH.
□ PENN. ~ FLA. ∇ CALIF.

† FELLOW, AMERICAN ACADEMY OF MATRIMONIAL LAWYERS

‡ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

§ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

• CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL LAW ATTORNEY

Please respond to: Ocean
Direct Dial: (732) 643-5229
Direct Fax: (732-643-5404
Email: mja@ansellgrimm.com
Assistant: jenny@ansellgrimm.com

July 29, 2021

**<u>Via Email: damon@chetson.com Only</u>**
Damon Chetson
The Chetson Firm, PLLC
19 W. Harget Street, Suite 508
Raleigh, NC 27601

  Re: State of NJ vs. Joseph Maurino
    Complaint No. 1326-S-2020-000320; 1326-W2020-000227
    Our File No. 94402

Dear Mr. Chetson:

  It was a pleasure speaking to you today with reference to the above captioned matter. This letter will serve to confirm that I have been retained to represent the interests of Joseph Maurino with reference to the above captioned matter.

  Joseph Maurino was released from custody on October 20, 2020 and has had no violations as far as I am aware of his pre-trial release.

  We did have an appearance before the Honorable Marc Lemieux, J.S.C. in Monmouth County Superior Court on February 1, 2021 and Joe did appear at that hearing at which time the case was adjourned.

  We have not had any additional hearings since that time but Joseph has remained compliant with anything I have requested since I started representing him as well as the court.

A commitment to excellence. A commitment to people. Since 1929.

If you need anything further from me, please advise.

Very truly yours,

MITCHELL J. ANSELL
A Member of the Firm

MJA/jsh

# Exhibit 2