UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-167-5M2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH MAURINO | MOTION TO MODIFY TERMS OF PRE-TRIAL RELEASE |

NOW COMES the Defendant and moves to modify the terms of pre-trial release.

1. The Defendant, Joseph Maurino, awaits arraignment scheduled for the January 2022 term of court in the Third Superseding Indictment charging him with a conspiracy to manufacture firearms (Count I) and destruction of an energy facility (Count V).

2. Following a detention hearing before this Court, the Defendant was released and now resides in New Jersey with his mother and is supervised by the Probation Office of the federal District of New Jersey.

3. The undersigned was contacted by the Pre-Trial Services Officer Lura Jenkins with the District of New Jersey Probation Office who requested that the conditions of the Defendant's pre-trial detention with respect to internet access be modified to match the protocols in the District where the Defendant resides and is supervised.

4. The Pre-Trial Services Officer's proposed language reads: ""Computer With Internet Access: defendant is permitted use of a single computer and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial services. That computer shall be used solely by the defendant and not by any other person. Defendant is subject to manual inspection and the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant

shall pay all or part of the cost of the monitoring software based upon his ability to pay, as determined by the Pretrial Services Office or supervising officer."

5. The Government does not object to this request.

6. Upon belief and information, the Defendant is otherwise in compliance with the conditions of release.

WHEREFORE, the Defendant respectfully moves this Court to modify the conditions at paragraph 7(t) of pre-trial release at DE 158 as requested by the Pre-Trial Services officer to better allow for supervision of the Defendant while on pre-trial detention.

This the 2nd day of November, 2021.

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 508
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 887-7269
E-Mail: damon@chetson.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing pleading was served upon opposing counsel by via CM/ECF.

This the 2nd day of November, 2021.

<u>/s/ Damon Chetson</u>
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 508
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 887-7269
E-Mail: damon@chetson.com