IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-00167-M-5

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH MAURINO, | |
| Defendant. | |

This matter comes before the court on Defendant's consent Motion to Modify Pre-Trial Release Conditions [DE 190]. Defendant requests that the court amend the Order Setting Conditions of Release [DE 158, as amended by DE 177] to require home detention, rather than home incarceration. Defendant's motion is GRANTED.

Pursuant to 18 U.S.C. § 3142(c)(3), the requirement at paragraph (7)(p)(iii) of that Order is removed and replaced with the requirement at paragraph (7)(p)(ii). All other restrictions and terms of that Order shall remain in full force and effect.

SO ORDERED this 25th day of January, 2022.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE