IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-00167-5M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH MAURINO,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed Motion to Modify Terms of Pre-Trial Release [DE 222]. For good cause shown, Defendant's motion is GRANTED. Pursuant to 18 U.S.C. § 3142(c)(3), the court modifies the terms of Defendant's pre-trial release to permit him to travel to Ciro's Ristorante Italiano, 301 Buckelew Ave, Monroe Township, New Jersey on Sunday, July 31, 2022 at 12:00 pm and return following his friend's graduation celebration no later than 6:00 pm. Defendant shall travel to and from the event by a direct route while remaining in the presence of his third-party custodian and shall not consume any alcohol while present at the event. The now existing conditions shall remain in effect until that trip and shall be in effect following Defendant's return.

SO ORDERED this 22d day of July, 2022.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE