IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cr-00167-M-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MAURINO,

    Defendant.

ORDER

This matter comes before the court on Defendant's consent motion to continue the arraignment [DE 241]. For good cause shown, the motion is GRANTED. Defendant shall be allowed until February 13, 2023 to file pretrial motions, and the Government shall file any responses to pretrial motions by February 27, 2023. Defendant's arraignment is continued until the March 7, 2023 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 14th day of December, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE