UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:20-CR-167-M-5

| UNITED STATES OF AMERICA | MOTION TO CONTINUE ARRAIGNMENT AND EXTEND MOTIONS DEADLINES |
|---|---|
| v. | |
| JOSEPH MAURINO | |

NOW COMES the Defendant and moves for a continuance of his Arraignment from March 6, 2023 to the April Term of Court. In support of this motion, the undersigned shows to the Court the following:

1. The Defendant was charged in a Third Superseding Indictment returned on August 18, 2021 with violation of 18 U.S.C. § 371 (conspiracy, object being to further civil disorder) in Count I and 18 U.S.C. § 1366(a) (conspiracy to damage the property of an energy facility) in Count V.

2. The Government and the Defendant are finalizing negotiations in an effort to resolve this matter by a plea agreement; to that extent, the Defendant requests additional time so that the final stages of the negotiations can be concluded.

3. The Defendant understands that the delay occasioned by this motion would be excludable from Speedy Trial Act computations.

4. The Government has been consulted and consents to this continuance.

WHEREFORE, the Defendant respectfully moves this Court to continue the Defendant's Arraignment until the April 2023 Term of Court.

This the 16th day of February 2023.

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 887-7269
E-Mail: damon@chetson.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all parties to this action as identified in the Notice of Electronic Filing generated by this filing by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

Ms. Barbara Kocher
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4806
Barb.kocher@usdoj.gov


Date: February 16, 2023

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 882-7269
E-Mail: damon@chetson.com