UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-167-5M2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH MAURINO | MOTION TO MODIFY TERMS OF PRE-TRIAL RELEASE |

NOW COMES the Defendant and moves to modify the terms of pre-trial release as follows:

1. The Defendant, having pled guilty, was released following his arraignment on about April 11, 2023 and remains on pre-trial conditions in the District of New Jersey.

2. The Defendant, upon information and belief, has not violated the terms of his pre-trial release while on pre-trial release.

3. The Defendant requests that he be permitted to travel to Nonna's Citi Cucina at 448 US-9, Englishtown, NJ to celebrate a family member's Christening on June 3, 2023 and to leave his house no later than 6:00 pm and return no later than 10:30 pm.

4. The Government does not object to the Defendant's request.

WHEREFORE, the Defendant respectfully moves this Court to temporarily modify the pre-trial conditions as described above.

This the 15th day of May 2023.

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 508
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 887-7269
E-Mail: damon@chetson.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing pleading was served upon opposing counsel by via CM/ECF.

This the 8th day of May 2023.

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 508
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 887-7269
E-Mail: damon@chetson.com
