FILED IN OPEN COURT
ON 10/24/2024
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
vs.

NO: 7:20-CR-167-M-5

JOSEPH MAURINO

ORDER TO SURRENDER

The defendant in the above entitled action having been sentenced to the custody of the U. S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now **ORDERED:**

The defendant, Joshua Scott Smith , surrender to the U. S. Bureau of Prisons by reporting:
\_\_\_\_ to the U. S. Marshal's Office, Raleigh, N.C. as directed;
\_\_\_\_ to the U. S. Marshal's Office by 2:00 a.m./p.m., as directed but not later than _____
_X_ to the institution designated by the Bureau of Prisons as notified by the United States Marshal
\_\_\_\_ when otherwise notified by the Court or U. S. Marshal's Service to report.

As a condition of the defendant's release, the defendant shall continue to report to the U.S. Probation Office in the manner and at such times as directed.

10/24/2024
DATE

RICHARD E. MYERS II
Chief United States District Judge

**ACKNOWLEDGMENT:**
I acknowledge I have reviewed the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

WITNESS BY:

DEFENDANT

DEFENDANT'S ATTORNEY